In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-16-00069-CR

_____

### DAVID CARL SMITH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

_____

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause Nos. 15-21275, 16-23974**

_____

### MEMORANDUM OPINION

On January 12, 2016, the trial court sentenced David Carl Smith on a conviction for reckless manslaughter. Smith filed a notice of appeal on March 2, 2016.[1] The district clerk has provided the trial court's certification to the Court of

---

[1] Smith filed his notice of appeal from trial cause number 15-21275. However, the information received from the trial court clerk indicates that cause number 15-21275 was dismissed, and this Court sent a letter to Smith inquiring about whether he actually intended to appeal from trial cause number 16-23974, in which the judgment of conviction was entered. Smith did not respond to the Court's letter.

1

Appeals. The trial court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

On March 24, 2016, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No response has been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on April 19, 2016
Opinion Delivered April 20, 2016
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.